### James F. Oakley, Inc. *v.* School District of Philadelphia, Appellant.

█ Argued March 19, 1974. *Robert T. Lear,* with him *Alan H. Gilbert,* for appellant; *Jerome Poltenstein,* for appellee.

Order affirmed.

CERCONE and SPAETH, JJ., dissent.

### Johnson et al., Appellant, *v.* O'Connor et al.

Argued March 20, 1974. *Michael J. Pepe, Jr.,* for appellant; *Francis T. Sbandi,* with him *Edward J. Carney, Jr.,* and *Fronefield, deFuria and Petrikin,* for appellee.

Judgment affirmed.